R. J. YOUNG

v.

CITY OF MURPHYSBORO.

*Municipal Corporations—Ordinances—Breach—Imposition of Fine by Justice—Fine Worked out by Defendant—Liability of City for Costs.*

Where a person is prosecuted before a justice of the peace for the violation of a city ordinance and is convicted, and works out his fine and costs in the streets of the city under the statute, the city does not thereby become liable to the justice for the amount of his costs.

[Opinion filed September 9, 1892.]

APPEAL from the Circuit Court of Jackson County; the Hon. JOSEPH P. ROBERTS, Judge, presiding.

Mr. ROBERT P. MARTIN, City Attorney, for appellant.

Mr. R. J. YOUNG, *per se.*

MR. JUSTICE PHILLIPS. Appellant was a justice of the peace of Jackson County, and on a prosecution instituted before him for the violation of certain ordinances of the city of Murphysboro, the defendant in that case was found guilty, and from an agreed state of facts on which this case was tried it appears that defendant was committed to the calaboose of the city, and worked out his fine and costs on the streets, in pursuance of the ordinances of the city.

The justice of the peace, the appellant in this case, brings suit to recover from the city the amount of his costs in that case.

On a trial before the Circuit Court a judgment was entered against the plaintiff for costs and he brings the record to this court by appeal.

This question was before the Appellate Court of the Third District, in Fosselman v. City of Springfield, 38 Ill. App. 296, where it was held in such case the justice of the peace could not recover. The reasoning in that case is so clear and conclusive we do not desire to do more than concur in the views expressed in the opinion in that case.

The judgment in this case is affirmed.

*Affirmed.*